**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RECIF RESOURCES, LLC, | § § § § | |
| *Plaintiff/Counter-Defendant,* | § § | |
| vs. | § § | Civil Action No. 4:19-cv-002953 |
| JUNIPER CAPITAL ADVISORS, LP, JUNIPER CAPITAL INVESTMENTS, LLC, JUNIPER CAPITAL III, LP, STATE LINE EXPLORATION, LLC | § § § § § § | |
| *Defendants/Counter-Plaintiffs* | § § | |
| vs. | § § | |
| PAUL C. LANGLOIS and STEVEN M. JONES | § § § | |
| *Counter-Defendants* | § § | |

**JUNIPER'S RESPONSE IN OPPOSITION TO RECIF'S MOTION FOR LEAVE
TO FILE A RESPONSE IN EXCESS OF PAGE LIMITATIONS**

Defendants Juniper Capital Advisors, LP Juniper Capital Investments, LLC, Juniper

Capital III, LP, and State Line Exploration, LLC (collectively, "Juniper") file this Response

in Opposition to Plaintiff Recif Resources, LLC's ("Recif") Opposed Motion for Leave to

File a Response to Juniper's Motion for Summary Judgment in Excess of Page Limitations.

Court Procedure Rule 8(B) sets the page limitations for "all memorandum of law"

at twenty-five (25) pages.  Recif seeks leave from the Court to file a Response to Juniper's

Motion for Summary Judgment thirty-five (35) pages in excess of the Court's page

limitation. This request relates to Recif's response to Juniper's Motion for Summary

Judgment, a motion for which Juniper requested leave to exceed the page limit by ten (10) pages—***Recif opposed this request***. *See* Dkt. 71.  Because Juniper received ten extra pages, Juniper is not opposed to Recif receiving the same, or even a little extra, excess pages. Forty extra pages, however, is excessive, and Juniper opposes.

Dated: July 21, 2020

Respectfully submitted,

BRACEWELL LLP

By: */s/ Andrew W. Zeve*
Andrew W. Zeve
*Attorney-in-Charge*
S.D. Tex. Bar No. 570754
Texas State Bar No. 24042209
711 Louisiana Street, Suite 2300
Houston, Texas  77002-2770
713-223-2300 (telephone)
713-221-1212 (facsimile)
andrew.zeve@bracewell.com

ATTORNEYS FOR DEFENDANTS AND COUNTER-PLAINTIFFS JUNIPER CAPITAL ADVISORS, LP, JUNIPER CAPITAL INVESTMENTS, LLC, JUNIPER CAPITAL III, LP, AND STATE LINE EXPLORATION, LLC

Of Counsel:
William A. Moss
BRACEWELL LLP
S.D. Tex. Bar No. 2522940
Texas State Bar No. 24078041
will.moss@bracewell.com
711 Louisiana, Suite 2300
Houston, Texas  77002-2781
713-223-2300 (telephone)
713-221-1212 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing pleading has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on July 21, 2020.

*/s/ Andrew W. Zeve*
Andrew W. Zeve
