United States District Court
Southern District of Texas
**ENTERED**
January 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RECIF RESOURCES, LLC, | § | |
|    *Plaintiff,* | § | |
| | § | |
| vs. | § | Civil Action No. 4:19-cv-002953 |
| | § | |
| JUNIPER CAPITAL ADVISORS, LP, *et al.*, | § § § | |
|    *Defendants.* | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Having considered Recif Resources, LLC; Paul Langlois; Steven Jones; Juniper Capital Advisors, LP; Juniper Capital Investments, LLC; Juniper Capital III, LP; and State Line Exploration, LLC's (collectively "the Parties") Joint Motion to Dismiss with Prejudice, it is hereby

ORDERED that all claims raised by all Parties in this litigation are DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

SIGNED at Houston, Texas on this the  8th  day of   January  , 2021.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE